# Court of Appeals, State of Michigan

# ORDER

In re D. Lavictor-Hyde Minor

Docket No.    321390

LC No.    09-013851-NA

Stephen L. Borrello
Presiding Judge

Deborah A. Servitto

Douglas B. Shapiro
Judges

The Court orders that the November 18, 2014 unpublished opinion is hereby AMENDED to correct a clerical error. On page three, second full paragraph, the second sentence is corrected to add the number "5" for the footnote as follows:

The ICWA requires the testimony of a qualified expert witness to prove beyond a reasonable doubt that continued custody would likely result in serious emotional or physical damage to the child, 25 USC 1912(f)[5], and the entirety of the expert's testimony is worth repeating here:

In all other respects, the November 18, 2014 opinion remains unchanged.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

NOV 26 2014

_____
Date

_____
Chief Clerk